Case No. 23-13411

---

IN THE ELEVENTH CIRCUIT
OF THE
FEDERAL COURT OF APPEALS

---

**IN RE CHRISTINE SCOTT**

---

**NOTICE THAT VOID UNSIGNED AND NOT DOCKETED PRETENSE OF A LEGAL NOTICE EMAILED TO PETITIONER SCOTT ON JANUARY 26, 2024 MISCONSTRUING SCOTT'S 'NOTICE OF VOID ORDER DENYING *IN FORMA PAUPERIS*' AS A MOTION FALSELY CLAIMING SCOTT'S NOTICE TO BE A MOTION, WHICH IT IS NOT, BUT *IS* A NOTICE CORRECTLY AND PROPERLY FILED, SUBSEQUENT SUBSTANTIVE NOTICE BY CLERK VIOLATES FRAP RULE 45 AND IS WITHOUT AUTHORITY , IN THIS CASE THE DECEPTIVE AND UNAUTHORIZED NOTICE  IS AN ILLEGAL ACT EFFECTIVELY ATTEMPTING USURP THE AUTHORITY TO DISMISS SCOTT'S APPLICATION BEFORE CIRCUIT JUSTICE THOMAS AND TO OVERTHROW THE JUDICIAL BRANCH OF GOVERNMENT, IN SUCH SCOTT NOTICES THE FACT THAT THE EMAIL HAS NOT WEIGHT AND IS A NULLITY**

---

Pro Se Litigant Christine Scott
212 E. Hillsboro Blvd. #212, Deerfield Beach, FL 33441
misschristinescott@hotmail.com

1. NOTICE that on Jan. 25, 2024, Pro Se Petitioner Christine Scott filed a Notice entitled 'NOTICE OF VOID ORDER DENYING IN FORMA PAUPERIS' (see Doc. 9, and first two images below)





2. NOTICE that on Jan. 26, 2024, at 10:50 AM, Scott received an *email* from ecf_help@ca11.uscourts.gov.
   a. NOTICE that the email claims to be a 'Notice of Docket Activity', yet no docket number is attached, which implies a lack of docket activity, as well as whomever wrote and sent the email is hiding their identity(s).
   b. NOTICE that the email is not signed.
   c. NOTICE that the email presumes to originate from the clerk on behalf of Justice Thomas but neither claims to be from the justice, nor claims to be written and/or filed by a named clerk.
   d. NOTICE that, in fact, the email below appears to be anonymous due to the lack of being signed by the person who created the email and claim of a docket activity.
   e. NOTICE that it is unclear whether the below email is from a general help desk which could be located anywhere and answered by anyone, including a foreign call center equivalent in Malaysia, artificial intelligence or an 11th Circuit Court deputy clerk who does not want to take responsibility for the deceptive and fraudulent email if ever questioned as to the authenticity of the email.
   f. NOTICE that the email is void, fraudulent and treasonous on its face.



3. NOTICE that a Notice is *not* a motion, but rather *notices* information concerning fact.

    Notice in its legal sense is information concerning a fact, actually communicated to a person by an authorized person, or actually derived by him from a proper source, and is regarded in law as "actual" when the person sought by it knows thereby of the existence of the particular fact in question. *United States v. Tuteur,* C.A.Ill., 215 F.2d 415. It is knowledge of facts which would naturally lead an honest and prudent person to make inquiry, and does not necessarily mean knowledge of all the facts. *Wayne Bldg. & Loan Co. of Wooster v. Yarborough,* 11 Ohio St.2d 195, 228 N.E.2d 841, 847, 40 O.O.2d 182. In another sense, "notice" means information, an advice, or written warning, in more or less formal shape, intended to apprise a person of some proceeding in which his interests are involved, or informing him of some fact which it is his right to know and the duty of the notifying party to communicate.

    a. NOTICE that Scott's Jan. 25, 2024 Notice made no request of the court and in such was not a 'deficient motion' (as the anonymous, fraudulent and erroneous email claimed, which Scott received on Jan. 26, 2024) or any other kind of motion, but was properly filed as a Notice because it *is* a notice.
    b. NOTICE that Scott's Jan. 25, 2024 concerned facts but made no request.
    c. NOTICE that Scott's Jan. 25, 2024 notice was literally an act of putting the facts in a notice to be *noticed.*
    d. NOTICE that Scott is an authorized person who has communicated the information concerning fact, in her notice filed on Jan. 25, 2024.
    e. NOTICE the 11th Circuit Clerk nor any other, with the exceptions of Scott and Circuit Justice Thomas, have the authority to file substantively in this instant case.
    f. NOTICE that any substantive filing(s) by any person other than Applicant/Petitioner Scott and Justice Thomas is, on its face, null and void and without force.
    g. NOTICE Application Petitioner Scott's interests are involved in the proceedings of this instant case.

4. NOTICE RULE 45[1]: CLERK'S DUTIES

    (a) General Provisions.

    (1) Qualifications. The circuit clerk must take the oath and post any bond required by law. Neither the clerk nor any deputy clerk may practice as an attorney or counselor in any court while in office.

    a. NOTICE that the circuit clerk cannot practice law in this instant case.

---

1 Florida Rules of Court Vol. II – Federal, 2023 Revised Edition, Federal Rules of Appellate Procedure, pg. 113

    b. NOTICE that on Jan. 26, 2024, *presumably* the clerk sent Scott an email which amounts to an act of practicing law by the *presumed* clerk to erroneously, deceptively and treasonously misinform and misguide Scott in this instant case by attempting to deceive Scott into believing the false fact that Scott needs to file her Notice as a motion.

    c. NOTICE that the clerk has no legal authority to practice law in this case, pursuant to FRAP Rule 45(1)(a).

    d. NOTICE that pretending to have the authority to rule in a case without such authority is seditious attempt to overthrow the judicial branch of government of the United States government.

        Title 18 U.S.C. s. 2381 – Seditious Conspiracy
        If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

    e. NOTICE that an attempt to overthrow the judicial branch of government levies war against the government.

        Title 28 U.S.C. s. 2381 - Treason
        Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or imprisoned and fined, and incapable of holding any U.S. office.

    f. NOTICE the person(s) who sent the letter to Scott, if an employee, contractor or agent of the U.S. government has violated his/her oath of office.

5. NOTICE RULE 45[2]: CLERK'S DUTIES

    (b) Records.

        (1) The Docket. The circuit clerk must maintain a docket and an index of all docketed cases in the manner prescribed by the Director of the Administrative Office of the United States Courts. The clerk must record all papers filed with the clerk and all process, orders and judgments.

    a. NOTICE that the clerk's duty includes the ministerial task of maintaining the docket in Scott's case.

    b. NOTICE that the clerk did not file the email sent to Scott which instructs Scott to refile using a motion instead of a notice.

---

2   Florida Rules of Court Vol. II – Federal, 2023 Revised Edition, Federal Rules of Appellate Procedure, pg. 113

    c. NOTICE that the clerk has no authority under assigned duties of the record to take substantive action in a case.
    d. NOTICE that the clerk appears to be giving the impression of an order which Scott must obey, while not putting the instructions online, which is NOTICED as an attempt to fraudulently dupe Scott into believing she is being instructed by the court and must follow the instruct when, in actuality, it is NOTICED that a rogue clerk or otherwise is attempting to illegally impose him/herself into the case to block Scott's application from being heard by Justice Thomas.
    e. NOTICE this is an act of fraud meant to misrepresent the facts to Scott in an attempt to make her believe false facts so that she will give up on her case thinking that the opinions of a rogue clerk or otherwise, actually stems from Justice Thomas; NOTICE such an attack on Scott's right to due process and a fair trial injures Scott.
6. NOTICE the 11th Circuit Clerk is illegally interfering with Scott's right to file.
7. NOTICE the 11th Circuit Clerk's actions are interfering with Scott's right to due process and a fair trial.
8. NOTICE the 11th Circuit Clerk is pretending to give judicial order via instruct to Scott within this case.
9. NOTICE the 11th Circuit Clerk has no judicial authority in this case.
10. NOTICE the 11th Circuit Clerk cannot rule in Scott's case.
11. NOTICE the 11th Circuit Clerk cannot block Scott's case from Circuit Justice Clarence Thomas.
12. NOTICE that Scott's instant case is open and before Circuit Justice Thomas.
13. NOTICE the 11th Circuit Clerk cannot interfere in this instant case.
14. NOTICE the 11th Circuit Clerk cannot act in any judicial capacity in this instant case.
15. NOTICE the 11th Circuit Clerk may not act in a substantive manner in this instant case.
16. NOTICE the 11th Circuit Clerk's actions amount to levying war against the judicial branch of government in an attempt to overthrow the U.S. Government.
17. NOTICE that levying war against the government is an act of treason.
18. NOTICE the 11th Circuit Clerk cannot send Scott an email regarding this instant case without it necessarily becoming part of the record and in such must be docketed.
19. NOTICE the 11th Circuit Clerk's actions against Scott are fraudulent.
20. NOTICE that this case *must* be distributed to Circuit Justice Thomas *immediately*, if such action has not already occurred.
21. NOTICE that Scott's IFP is legally sufficient.
22. NOTICE that Scott's IFP is not frivolous.

23. NOTICE that Judge Jordan's denial of Scott's Motion to Proceed IFP is VOID for a lack of subject-matter jurisdiction.

Dated Jan. 26, 2024

NOTICE filed by Christine Scott<br>
/ s / Christine Scott<br>
212 E. Hillsboro Blvd. #212<br>
Deerfield Beach, FL 33441<br>
MissChristineScott@Hotmail.com