23-13411 — H



U.S. COURT OF APPEALS
RECEIVED
CLERK
MAY 17 2024
ATLANTA, GA

Christine Scott
212 E HILLSBORO BLVD STE 212
DEERFIELD BEACH, FL 33441

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N W
Atlanta, Georgia 30303

David J Smith
Clerk of Court

For rules and forms visit
www ca11 uscourts gov

January 23, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-13411-H
Case Style: In re: Christine Scott
District Court Docket No: 2022-CA-002105

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-13411-H

In re: CHRISTINE SCOTT,

                              Petitioner.

On Petition for Extraordinary Writ to the United States District Court for the
Northern District of Florida

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Christine Scott has failed to pay the filing and docketing fees to the district court within the time fixed by the rules..

Effective January 23, 2024.

                              DAVID J. SMITH
                         Clerk of Court of the United States Court
                           of Appeals for the Eleventh Circuit

                                                  FOR THE COURT - BY DIRECTION

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA  30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



ZIP 30303
02 4W
0000368939 JAN 24 2024
US POSTAGE $000.64

CLEARED SECURITY

MAY 17 2024

U.S. MARSHALS SERVICE
Atlanta, GA

NIXIE         331  FE 1          0005/10/24
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC: 30303221856          *1587-01738-10-21